```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

APPLE INC.,

        Petitioner,

-against-

LMEG WIRELESS LLC, dba LM WIRELESS,

        Respondent.

---

Civil Action No. 1:17-mc-196-P1

**MEMO ENDORSED**

DAB
6/14/17

[PROPOSED] **ORDER GRANTING APPLE'S MOTION FOR LEAVE TO FILE A REDACTED REPLY IN SUPPORT OF EXPEDITED ORDER COMPELLING COMPLIANCE WITH APPLE INC.'S RULE 45 SUBPOENA AND SUPPORTING MATERIALS, AND TO FILE AN UNREDACTED REPLY IN SUPPORT OF EXPEDITED ORDER COMPELLING COMPLIANCE WITH APPLE INC.'S RULE 45 SUBPOENA AND SUPPORTING MATERIALS UNDER SEAL**

Upon consideration of Petitioner Apple Inc.'s Motion for Leave to File Under Seal Apple's Reply in Support of Expedited Order Compelling Compliance with Apple Inc.'s Rule 45 Subpoena and Supporting Materials, and To File Publicly a Redacted Reply in Support of Expedited Order Compelling Compliance with Apple Inc.'s Rule 45 Subpoena and Supporting Materials; Petitioner's supporting Memorandum of Law; the accompanying Declaration of Thomas Zellerbach, dated June 14, 2017 and exhibits thereto; and good cause appearing,

**IT IS HEREBY ORDERED**:

    1.    Petitioner's Motion is **GRANTED**; and

    2.    The Clerk of Court shall (i) file **UNDER SEAL** Apple's Reply in Support of Expedited Order Compelling Compliance with Apple Inc.'s Rule 45 Subpoena and Supporting Materials, which is attached as Exhibit B to the Zellerbach Declaration, and (ii) accept for public

filing the redacted version of the Reply, which is attached as Exhibit C to the Zellerbach Declaration.

Dated: June 14, 2017

*Deborah A. Batts*
U.S. District Judge